UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEVELL MOORE,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00281-MMD-CLB

ORDER

*Pro se* Petitioner Devell Moore filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and a motion for appointment of counsel. (ECF Nos. 1-1 ("Petition"), 1-2 ("Motion").) Following an initial review of the Petition, the Court instructed Moore to show cause why the Petition should not be dismissed as second or successive given that (1) the Petition challenges the same judgment of conviction that was challenged in Case No. 3:13-cv-00390-LRH-WGC, and (2) the petition filed in Case No. 3:13-cv-00390-LRH-WGC was decided on the merits. (ECF No. 5.)

Moore timely filed his response to the Order to Show Cause. (ECF No. 6.) However, Moore's response argues the merits of his Petition; it does not address the successive nature of his Petition. Accordingly, because (1) Moore fails to demonstrate that his Petition is not second or successive under 28 U.S.C. § 2244, and (2) Moore has not been given permission by the Court of Appeals for the Ninth Circuit to file his Petition, the Court lacks jurisdiction over this matter. However, the Court will exercise its discretionary authority to transfer the Petition to the Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive petition. *See* 28 U.S.C. § 1631; 9th Cir. R. 22-3.

It is therefore ordered that the Petition (ECF No. 1-1) is referred to the Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive habeas corpus petition under Ninth Circuit Rule 22-3(a).

It is further ordered that the Petition is dismissed without prejudice to its refiling should Moore obtain permission to do so from the Court of Appeals for the Ninth Circuit. To the extent such analysis is required, a certificate of appealability is denied as reasonable jurists would not find the dismissal of the Petition to be debatable or wrong for the reasons discussed herein.

It is further ordered that the Motion (ECF No. 1-2) is denied as moot.

It is further kindly ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1); (2) send a copy of the Petition (ECF No. 1-1), the response to the order to show cause (ECF No. 6), and this Order to the Court of Appeals for the Ninth Circuit; (3) add Nevada Attorney General Aaron D. Ford as counsel for Respondent[1]; (4) provide the Nevada Attorney General with copies of the Petition (ECF No. 1-1), this Order, and all other filings in this matter by regenerating the notices of electronic filing; and (5) enter judgment, accordingly, and close this case.

DATED THIS 29th Day of May 2026.

 

 

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1]No response is required from Respondent other than to respond to any orders of a reviewing court.

2