UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEVELL MOORE,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00281-MMD-CLB

ORDER

*Pro se* Petitioner Devell Moore filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 8 ("Petition").) The Court issued an Order to Show Cause, instructing Moore to explain why his Petition should not be dismissed as second or successive. (ECF No. 5.) Moore filed a response, but rather than addressing the successive nature of his Petition, Moore argued the merits of his Petition. (ECF No. 6.) The Court dismissed the Petition without prejudice and referred it to the Court of Appeals for consideration as an application for leave to file a second or successive habeas corpus petition. (ECF No. 7.) Moore has now filed a motion to amend, explaining that he did not understand the Order to Show Cause and requesting a simpler explanation. (ECF No. 11 ("Motion").) The Court is not able to give legal advice to Moore, and there is nothing more that the Court can say that was not already said in its Order to Show Cause.

///

///

///

///

///

It is therefore ordered that the Motion (ECF No. 11) is denied. To the extent it is necessary, the Court denies a Certificate of Appealability.

DATED THIS 8th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2